

The following constitutes the order of the court.
Signed January 30, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Bay Area Consortium for
Quality Health Care,

　　　　　Debtor.

No. 14-43243

Chapter 11

**MEMORANDUM REGARDING LETTER TO COURT**

　　On January 29, 2015, Deborah Wafer, M.D., filed a letter in the above captioned case. Dr. Wafer is the Medical Director of the Berkeley Health Center, a clinic operated by Debtor. The court has reviewed the letter, and will not respond to the issues raised in the letter at this time. The Debtor is a corporation which must be represented by counsel.

　　A hearing on the Landlord's *Motion under Rule 9023 to Alter or Amend Order Denying Motion to Compel* will be held on

1

February 4, 2015, at 10:30 AM in Courtroom 220 of the above-captioned court, located at 1300 Clay Street, Oakland, CA 94612. Any interested party may appear at the hearing. The issues raised in the letter can be presented by Debtor's counsel at the hearing.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Bay Area Consortium for Quality Health Care
2908 Ellsworth St.
Berkeley, CA 94705

Peter N. Hadiaris
Law Offices of Peter N. Hadiaris
1299 4th St. #202
San Rafael, CA 94930

Adilah Iman Mohammed
c/o Debtor
2908 Ellsworth St.

Cheryl Rouse
345 Franklin St.
San Francisco, CA 94102

Deborah Wafer, M.D.
Berkeley Health Center
2908 Ellsworth
Berkeley, CA 94705

Lynette C. Kelly
U.S. Office of the U.S. Trustee
1301 Clay St.
Oakland, CA 94612

3